# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-4390

_____

United States of America

*Plaintiff - Appellee*

v.

Francisco Pec-Son

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa, Waterloo

_____

Submitted: July 6, 2017
Filed: July 14, 2017
[Unpublished]

_____

Before LOKEN, ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Francisco Pec-Son appeals following imposition of sentence upon his guilty
plea to unlawful use of identification documents and misuse of a social security
number. Counsel has moved to withdraw, and in a brief filed under <u>Anders v.</u>

<u>California</u>, 386 U.S. 738 (1967), argues that the district court[1] committed plain procedural error by failing to explain adequately the reasons for the sentence that the court imposed on Pec-Son.  After careful review, we conclude that no plain procedural error occurred.  <u>See</u> <u>United States v. Chavarria-Ortiz</u>, 828 F.3d 668, 670-71 (8th Cir. 2016) (if defendant fails to object to adequacy of district court's explanation for sentence, this court reviews for plain error); <u>United States v. Krzyzaniak</u>, 702 F.3d 1082, 1085 (8th Cir. 2013) (explanation is sufficient if record as a whole demonstrates that court considered relevant factors).  Further, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues.

The judgment is affirmed, and we grant counsel's motion to withdraw.

_____

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.